IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

*Electronically Filed*

In re: LETHANIEL REED ) Case no. 18-11356-13
SHATASHA LAVETTE ALLEN ) Chapter 13
Debtor(s) )

**WITHDRAWAL OF
TRUSTEE'S OBJECTION TO CLAIM
NUMBER 16 BY UNITED CONSUMER FINANCIAL**

Comes now, Carl B. Davis, Chapter 13 Trustee herein, and advises the Court that the issues included in his objection to claim number 16, filed herein by United Consumer Financial, have been resolved and, therefore, the Trustee withdraws his objection to the claim.

*s/Carl B. Davis*
Carl B. Davis, S. Ct. #13705
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
cbdsig@wichita13trustee.com
(316) 267-1791

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Withdrawal of Objection to Claim was sent via CM/ECF to the debtor's attorney, creditors & other parties in interest via the CM/ECF system of the United States Bankruptcy Court for the District of Kansas and/or was mailed by US Mail, postage prepaid, on March 18, 2019, properly addressed to each of the following:

UNITED CONSUMER FINANCIAL
C/O BASS & ASSOCIATES
3936 E FT LOWELL RD #200
TUCSON, AZ 85712-3210

JANUARY M BAILEY
ATTORNEY AT LAW
229 E WILLIAM ST #100
WICHITA, KS 67202

*s/Julie A. Wilkinson*
Julie A. Wilkinson,